DR. J. R. WILSON v. STATE.

No. A-476.    Opinion Filed March 21, 1911.

Appeal from Stephens County Court; W. H. Admire, Judge.

Plaintiff in error was convicted in the county court of Stephens county for selling whisky, and appeals. Affirmed.

E. E. Morris and Gilbert & Bond, for plaintiff in error.
Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM. A careful investigation of the record in this case discloses no errors prejudicial to the substantial rights of the plaintiff in error, and the judgment of the court below is affirmed.